IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00178-CMA-KLM

UNITED STATES OF AMERICA,

    Petitioner,

v.

DAN HINTON, President,
COLORADO POS SYSTEMS, INC.,

    Respondent.
_____

**ORDER FOR RELEASE**
_____

    Pursuant to findings made in open court on June 18, 2010, it is

    ORDERED that Dan Hinton is released from the custody of the United States Marshal.

    DATED: June 18, 2010.

                                    BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge